# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150982-3 & (24)

LINDA COWAN, Personal Representative of
the ESTATE OF WILLIAM DURST,
      Plaintiff-Appellee,

v

FARID FATA, M.D., and MICHIGAN
HEMATOLOGY ONCOLOGY, PC,
      Defendants-Appellants,

and

ELAYNE ARTERBERY, M.D., MICHIGAN
RADIATION ASSOCIATES, PLLC, and
CRITTENTON CANCER CENTER,
      Defendants.

SC: 150982
COA: 325777
Oakland CC: 2014-138650-NH

_____/

WILLIAM WESP and SUZANNE ROSE WESP,
      Plaintiffs-Appellees,

v

FARID FATA, M.D., and MICHIGAN
HEMATOLOGY ONCOLOGY, PC,
      Defendants-Appellants,

and

CRITTENTON HOSPITAL MEDICAL CENTER
AND CRITTENTON CANCER CENTER, f/k/a
CRITTENTON KARMANOS HEALTH
SERVICES AND CRITTENTON-DMC HEALTH
SERVICES,
      Defendants.

SC: 150983
COA: 325793
Oakland CC: 2014-142179-NH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 4, 2015 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2015

Clerk

t0217